

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00648-CV

Mark J. **CARRILLO**,
Appellant

v.

**DEACON RECRUITING, INC.** and Deacon Professional Services, LLC,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-11039
Honorable John D. Gabriel, Jr., Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                 Karen Angelini, Justice
                 Sandee Bryan Marion, Justice

Delivered and Filed:  October 23, 2013

DISMISSED FOR WANT OF PROSECUTION

The trial court clerk filed a notification of late record stating that the clerk's record had not been filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee. On September 27, 2013, appellant was ordered to provide written proof to this court by October 7, 2013, that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. The order stated that if

appellant failed to respond within the time provided, this appeal would be dismissed for want of prosecution.  *See* TEX. R. APP. P. 37.3(b).

Because appellant failed to respond to this court's order, this appeal is dismissed for want of prosecution.  *See id.*  Costs of the appeal are taxed against appellant.

PER CURIAM